1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                            EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,

12          Plaintiff,

13              v.                          CR. NO. S-05-410 LKK

14  ARNOLD HERRERA,

15          Defendant.
    _____/
16  UNITED STATES OF AMERICA,

17          Plaintiff,

18              v.                          MISC. NO. S-10-051 FCD/EFB

19  ARNOLD HERRERA,
                                            **RELATED CASE ORDER**
20
            Defendant.
21  _____/

22      Pending before the court is a notice of related cases

23  concerning United States v. Herrera, 2:05-cr-410-LKK and United

24  States v. Herrera, 2:10-mc-51-FCD-EFB.

25      Examination of the above-entitled actions reveals that

26  they are related within the meaning of Local Rule 123.  The earlier

1  case resulted in a judgment imposing $350,000 in restitution on

2  Herrera, and the latter case seeks a writ of garnishment to be used

3  in satisfying this judgment.  Accordingly, the assignment of the

4  matters to the same judge and magistrate judge is likely to effect

5  a substantial savings of judicial effort and is also likely to be

6  convenient for the parties.

7       The parties should be aware that relating the cases under

8  Local Rule 123 merely has the result that the actions are assigned

9  to the same judge; no consolidation of the actions is effected.

10 Under the regular practice of this court, related cases are

11 generally assigned to the judge and magistrate judge to whom the

12 first filed action was assigned.

13      Accordingly the court ORDERS as follows:

14      1.   The above cases are RELATED.

15      2.   The action denominated Civ. No. 2:10-mc-51-FCD-EFB is

16           REASSIGNED to Judge Lawrence K. Karlton for all further

17           proceedings, and any dates currently set in the

18           reassigned case only, are hereby VACATED.

19      3.   Because the earlier case was a criminal case to which no

20           magistrate judge was assigned, Magistrate Judge Brennan

21           shall remain assigned to the latter case.

22      4.   Henceforth, the caption on documents filed in the

23           reassigned case shall be shown as Civ. No. 2:10-mc-51-

24           LKK-EFB.

25 ////

26 ////

1    5.    The Clerk of the Court make shall appropriate adjustment

2          in the assignment of civil cases to compensate for this

3          reassignment.

4    IT IS SO ORDERED.

5    DATED:   May 19, 2010.

6

7

8    LAWRENCE K. KARLTON
     SENIOR JUDGE
9    UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26